UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tanya Nicols,

Plaintiff,

v.

Commissioner of Social Security,

Defendant.

Case No. 3:26-cv-151

ORDER AND
JUDGEMENT ENTRY

On August 11, 2026, United States Magistrate Judge James E. Grimes, Jr. issued a Report and Recommendation ("R & R") recommending I reverse the Commissioner of Social Security's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income. (Doc. No. 12). In the R & R, he notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Court within 14 days after the party objecting has been served with a copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F.3d 520, 530–31 (6th Cir. 2019).

(*Id.* at 24).

More than fourteen days passed, and no party filed any objection to the R & R. I consider the failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Grimes's R & R in its entirety as the final Order of this Court. The Commissioner's decision is reversed, and this case is remanded to the Commissioner and the ALJ for proceedings consistent with the R & R.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge